IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EASTBANC TECHNOLOGIES, LLC,** *et al.*, )<br>)<br>Plaintiffs/Counter-Defendants, )<br>)<br>v. )<br>)<br>**ANIMO SERVICES, LLC,** *et al.*, )<br>)<br>)<br>Defendants/Counter-Claimant. )<br>) | Case No. 1:22-cv-02198 (CKK) |

## STATUS REPORT

Pursuant to this Court's Order of February 10, 2023, Plaintiffs/Counter-Defendants EastBanc Technologies, LLC and Kublr, LLC ("Plaintiffs" or "EastBanc") submit the following Status Report:

1. On February 10, 2023 Plaintiffs filed a suggestion of bankruptcy informing the Court that Defendants/Counter-Claimants Animo Services, LLC ("Animo") and With Purpose, Inc. ("GloriFi") (collectively, "Defendants" or "Animo") are the subject of a Chapter 7 involuntary petition for bankruptcy in the U.S. Bankruptcy Court for the Northern District of Texas, Case No. 23-30035-mv17, (the "Bankruptcy Proceeding").

2. A new Chapter 7 trustee, Areya Holder, was recently appointed, and is represented by Kenneth A. Hill of Quilling Selander Lownds Winslett & Moser, P.C.

3. The Debtor in the Bankruptcy proceeding Action have until May 15, 2023 to file the list of creditors, bankruptcy schedules, and statement of financial affairs.

4. Due to the continued bankruptcy proceedings, Plaintiffs request this case remain stayed for an additional 60 days, at which time Plaintiffs will file an additional status report once

the Chapter 7 Trustee's has had an opportunity to state state her position as to this proceeding.

DATED: April 13, 2023

        Respectfully Submitted,

        /s/ Sara J. Benson
        HOLLAND & KNIGHT LLP
        Philip T. Evans (D.C. Bar No. 441735)
        Sara J. Benson (D.C. Bar No. 1767612)
        800 17th Street NW, Suite 1100
        Washington, D.C. 20006
        Tel: (202) 955-3000
        Fax: (202) 955-5564
        Philip.Evans@hklaw.com
        Sara.Benson@hklaw.com

        *Counsel for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of April 2023, a true and accurate copy of the foregoing was filed with the Clerk of the Court by electronic case filing, and the electronic case filing system provides a "Notice of Electronic Filing" to all counsel of record. I further certify that a copy of the foregoing was mailed first class, postage prepaid, this 13th day of April to:

Kenneth A. Hill
Quilling Selander Lownds Winslett & Moser, P.C.
2001 Bryan St., Suite 1800
Dallas, TX 75201-4240
(214) 871-2100
Email: kenhill@qslwm.com

Areya Holder, Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, TX 75001-2105
972-438-8800

                                                   /s/ Sara J. Benson
                                                   Sara J. Benson